UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHARLES HENRY MEEK JR., & : CASE NO. 5:14-bk-00582
    PATRICIA ELLEN MEEK, :
     :
    Debtors : CHAPTER 7

## MOTION TO CONVERT CASE FROM CHAPTER 7 TO CHAPTER 13

Pursuant to 11 U.S.C. §706(a), Debtors hereby elect to convert the above-captioned Chapter 7 case to a case under Chapter 13 of the Bankruptcy Code and as such, aver as follows:

1. Debtors filed for relief under Chapter 7 on February 12, 2014.

2. No prior conversion of this case has taken place.

3. Debtors believe that they will be better served under a Chapter 13 case.

4. The Debtors are eligible to be debtors under Chapter 13 of the Code and desire to convert this case to a case under that chapter.

**WHEREFORE**, the Debtors pray for Your Honorable Court to convert this case from a case under Chapter 7 to a case under Chapter 13 of the Bankruptcy Code.

Respectfully submitted,

/s/ Brett J. Riegel
Brett J. Riegel, Esq.
Attorney ID 76448
Anders, Riegel & Masington LLC
18 North 8th St.
Stroudsburg, PA 18360
(570) 424-1117