UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CHARLES HENRY MEEK JR., & : CASE NO. 5:14-bk-00582
      PATRICIA ELLEN MEEK, :
                                :
            Debtors : CHAPTER 7

## ORDER

AND NOW, upon consideration of Debtors Motion to Convert Case from Chapter 7 to Chapter 13, it is hereby ORDERED that the above referenced case is converted from a Chapter 7 to a Chapter 13 under the Bankruptcy Code.