UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: CHARLES HENRY MEEK JR., & | : | CASE NO. 5:14-bk-00582 |
| PATRICIA ELLEN MEEK, | : | |
| | : | |
| Debtors | : | CHAPTER 7 |

## CERTIFICATE OF SERVICE

I, Kevin J. Gaeta, Paralegal for Anders, Riegel & Masington LLC, do hereby certify that service of the foregoing Motion to Convert was served upon:

John Martin, Esquire, Trustee
1022 Court Street
Honesdale, PA 18431

Via Electronic Case Filing/Public Access to Court Electronic Records on May 7, 2014.

Date: May 7, 2014                                  /s/ Kevin J. Gaeta
                                                   Kevin J. Gaeta
                                                   Paralegal
                                                   Anders, Riegel & Masington LLC
                                                   18 North 8th Street
                                                   Stroudsburg, PA 18360